■ JENNIFER CANGRO, Appellant, v FRANK F. CANGRO, Respondent. ROBERTA D. ASHER, Nonparty Respondent. [665 NYS2d 320] —In an action for a divorce and ancillary relief, the plaintiff wife appeals, as limited by her brief, from so much of an order of the Supreme Court, Richmond County (Marrero, J.), entered January 17, 1996, as denied those branches of her motion which were to vacate and set aside a judgment against the defendant husband in favor of his former attorney, Roberta D. Asher, and for leave to withdraw $9,000 from escrow funds for the repayment of loans incurred by her in order to pay her own counsel fees.

■ JENNIFER CANGRO, Respondent, v FRANK F. CANGRO, Appellant. [665 NYS2d 319] —In an action for a divorce and ancillary

relief, the defendant husband appeals from stated portions of an order of the Supreme Court, Richmond County (Radin, J.H.O.), dated June 28, 1996, which, *inter alia*, granted the wife's motion for arrears of temporary maintenance.

Ordered that the appeal is dismissed, without costs or disbursements, for failure to perfect the same in accordance with the rules of this Court (*see*, 22 NYCRR 670.8 [c], [e]). O'Brien, J. P., Thompson, Santucci and McGinity, JJ., concur.